UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANITA BEHM and<br>JON BEHM,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>      Defendant. | Case No.: 26-CV-0379<br>Case Code 30101 |

## NOTICE OF REMOVAL

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WISCONSIN – GREEN BAY DIVISION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes the action captioned *Anita Behm and Jon Behm v. State Farm Fire and Casualty Company* pending as Case No. 2026-CV-142 in the Circuit Court of Winnebago County, Wisconsin ("the State Court Action") to the United States District Court for the Eastern District of Wisconsin – Green Bay Division and hereby states the following grounds for removal:

      1.    On February 10, 2026, Plaintiffs Anita and Jon Behm commenced the State Court Action. The Complaint asserts claims against State Farm for Negligence, Negligence Per Se, Breach of Contract, Bad Faith, and Statutory Interest arising out of a motor vehicle accident occurring on February 5, 2023. A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

1

2. State Farm, through its registered agent, received the Summons and Complaint in the State Court Action on February 10, 2026, thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000 and because it is a civil action between citizens of different states.

4. Plaintiffs' alleged damages exceed $75,000 based upon the following:

   a. Plaintiffs allege that State Farm "had no reasonable basis for denying [Plaintiffs'] claim for payment of the full $250,000 of underinsured motorist benefits under their policy." (*Id*. at ¶ 45). Therefore, Plaintiffs are alleging at least $250,000 in damages.

   b. Plaintiffs allege that they suffered "personal injury, pain, suffering, loss of enjoyment of life, and medical expenses." (*Id*. at ¶ 58).

   c. Plaintiffs allege that they have suffered damages including loss of consortium and loss of society and companionship. (*Id*. at ¶ 59).

   d. Plaintiffs allege that they are entitled to punitive damages. (*Id*. at ¶ 60).

5. According to the Complaint, Plaintiffs and Anita and Jon Behm are adult residents of the State of Wisconsin. (Ex. A, State Court Summons and Complaint, at ¶¶ 1-2).

6. State Farm is a foreign insurance company. (*Id*. at ¶ 3). State Farm maintains its principal place of business in Illinois. State Farm's primary address is One State Farm Plaza, Bloomington, IL 61710.

7. No party in interest properly joined and served as defendant is a citizen of Wisconsin. Accordingly, this action may be removed from state court pursuant to 28 U.S.C. §1441(b).

8. Under 28 U.S.C. § 1441(a), the State Court Action may be removed to the United States District Court for the Eastern District of Wisconsin – Green Bay Division, because it is the

United States District Court for the district and division embracing the place where the State Court Action is pending.

9. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Winnebago County, Wisconsin and is being served on counsel for Plaintiffs. See U.S.C. § 1446 (a) and (d). The Circuit Court of Winnebago County, Wisconsin, is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal to be filed in the State Court Action is attached hereto as **Exhibit B**.

10. State Farm submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief may be granted.

11. State Farm reserves the right to amend or supplement this Notice.

WHEREFORE, Defendant State Farm Fire and Casualty Company hereby removes the State Court Action to this Court.

Dated this 10th day of March 2026.

                                     **MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

                                     By:   *Electronically signed by Mark D. Malloy*
                                          Mark D. Malloy
                                          State Bar No. 1035066
                                          mdm@mtfn.com
                                          Alyssa Chojnacki Beckham
                                          State Bar No. 1124669
                                          acb@mtfn.com
                                          **Attorneys for Defendant State Farm Fire and Casualty Company**

**Mailing Address**
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Phone: (414) 273-1300
Facsimile: (414) 273-5840